JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD YOUSEF SHIVAR,<br><br>Plaintiff,<br><br>v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE,<br><br>Defendant. | No. 8:24-cv-02111-JWH<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable John W. Holcomb<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, the Court hereby **ORDERS** as follows:

1. The instant action is **STAYED** until December 15, 2025.
2. Any party may make a motion at any time to modify or vacate the stay, for good cause shown.
3. The parties are **DIRECTED** to file no later than November 28, 2025, a Joint Report that advised the Court regarding the status of this matter.
4. A Status Conference is **SET** for December 12, 2025, at 11:00 a.m. The parties are **DIRECTED** to appear in person in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street Santa Ana, CA 92701.
5. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Dated: November 21, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE